# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

| | | |
|---|---|---|
| DEXTER DIXON, DEMEQUEA D. MAPLES and KEVIN L. MCNEAL, on behalf of themselves and all others similarly situated | ) ) ) ) | Plaintiffs, |
| v. | ) ) ) | Civil Action No. 4:05-CV-234 D-B |
| HIBBETT SPORTING GOODS, INC | ) | Defendant. |

## ORDER APPROVING SETTLEMENT AND CERTIFYING COLLECTIVE ACTION FOR SETTLEMENT PURPOSES

On joint motion of Plaintiffs, Dexter Dixon and Demequea D. Maples ("Named Plaintiffs"), and Defendant, Hibbett Sporting Goods, Inc. ("Hibbett"), for good cause shown, and after reviewing the parties' Stipulation and finding it to be fair and equitable, the parties' Motion is GRANTED and a collective action is hereby certified for settlement purposes only consisting of all head coaches employed by Hibbett in the two (2) years prior to filing of each individual Named and Opt In Plaintiff's Opt In Consent Form. The collective action shall be administered in accordance with the procedures and deadlines set forth in the parties' Stipulation. After the collective action is fully administered in accordance with the Stipulation, this Court will dismiss this case with prejudice on Joint Motion of the parties. Neither the Stipulation, the Joint Motion, nor this Order constitute an admission of liability on behalf of Defendant.

SO ORDERED AND ADJUDGED, this 22nd day of May, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND
ENTRY:


__/s/ David A. Prather_____
Herbert E. Gerson
David A. Prather
Attorneys for Defendant



__/s/ Louis H. Watson, Jr._____
Louis H. Watson, Jr.
John L. Davidson
Attorneys for Plaintiffs