IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | | |
|---|---|---|
| DEXTER DIXON, DEMEQUEA D.<br>MAPLES and KEVIN L. MCNEAL, on<br>behalf of themselves and all others<br>similarly situated | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action No. 4:05-CV-234 D-B |
| HIBBETT SPORTING GOODS, INC. | )<br>)<br>) | |
| Defendant. | ) | |

## JOINT MOTION FOR DISMISSAL

Come now the Plaintiffs, Dexter Dixon and Demequea D. Maples, and Defendant, Hibbett Sporting Goods, Inc., by and through counsel, pursuant to Fed. R. Civ. Proc. 41(a)(2), and jointly request that this case be dismissed with prejudice and in support thereof show as follows:

1.  On February 23, 2007, the parties reached a settlement of this lawsuit, the terms of which are set forth in a Stipulation of Collective Action Settlement and Release ("Stipulation") [Docket No. 57]. On joint motion of the parties, the Court entered an Order Approving Settlement and Certifying Collective Action for Settlement Purposes on May 22, 2007. The Order certified a collective action and approved the settlement as set forth in the Stipulation and ordered that the collective action be administered in accordance with the procedures and deadlines set forth in the Stipulation. The Order further directed that after the collective action is fully administered in accordance with the Stipulation, the Court will dismiss the case with prejudice on joint motion of the parties.

2. The parties hereby represent to the Court that the collective action has been fully administered in accordance with the procedures and deadlines set forth in the parties' Stipulation.

3. Therefore, the parties request that the Court enter an Order dismissing this case with prejudice and retaining jurisdiction only to enforce the settlement, if necessary.

                Respectfully submitted,

                /s/ Louis H. Watson, Jr.
                Louis H. Watson, Jr., Esq.
                520 East Capitol Street
                Jackson, MS 39201

                /s/ John L. Davidson
                John L. Davidson, Esq.
                P. O. Box 321405
                Jackson, MS 39232-1405

                COUNSEL FOR PLAINTIFFS

                /s/ David A. Prather
                Herbert E. Gerson (TN Bar# 8256))
                David A. Prather (MS# 99389)
                FORD & HARRISON LLP
                795 Ridge Lake Blvd., Suite 300
                Memphis, Tennessee 38120
                Telephone: (901) 291-1500
                Facsimile: (901) 291-1501

                COUNSEL FOR DEFENDANT