IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEXTER DIXON, et al.**                                                                                              **PLAINTIFFS**

**V.**                                                                                **Civil Action No. 4:05-CV-234**

**HIBBETT SPORTING GOODS, INC.**                                                     **DEFENDANT**

## AGREED ORDER OF DISMISSAL

On motion of the parties and their representation that the collective action has been fully administered in accordance with the procedures and deadlines set forth in the parties' Stipulation, and pursuant to this Court's Order Approving Settlement and Certifying Collective Action for Settlement Purposes [Docket No. 59], all claims of the Named and Opt In Plaintiffs are hereby dismissed with prejudice. Each party shall bear its own costs. The Court shall retain jurisdiction for the sole purpose of enforcing the settlement entered into by the parties.

**SO ORDERED,** this the 3rd day of March, 2008.

                                                                **/s/ Sharion Aycock**
                                                                **U.S. DISTRICT COURT JUDGE**